UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| CHRISTOPHER CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-410 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. | |

## ORDER

On January 31, 2014, United States Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 25). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **DENIED** as moot (Court File No. 19);

(2) Plaintiff's Amended Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C. § 2412(d), is **GRANTED** (Court File No. 21); and

(3) A judgment awarding Plaintiff the amount of $2,655.70 for attorney fees is **ENTERED**.

**SO ORDERED.**

**ENTER:**

/s/ _____

**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT